AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachsetts

SCHOLZ DESIGN, INC.

V.

FIELDSTONE MEADOWS DEVELOPMENT, CORP. et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11481 RWZ

TO: (Name and address of Defendant)

Todd D. Wacome, Resident Agent
Fieldstone Meadows Development Corp.
9 Cooke Road
Lexington, MA 02173

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Holly M. Polglase
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA 02129

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE JUN 29 2004

⸳AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | July 6TH 2004 |
| NAME OF SERVER (PRINT) Robert Campbell | TITLE | Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Inside Front Door of 9 Cooke Rd, Lexington, MA. Registered Agents Home (Correct Address)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    July 6th 2004    _[signature]_
              Date                 Signature of Server

                     308 Common St.
                     Address of Server
                     Quincy, MA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.