AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

SCHOLZ DESIGN, INC.
V.

FIELDSTONE MEADOWS DEVELOPMENT
CORP., et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

Martin and Lori Aronovitz
6 Buttonwood Drive
Andover, MA  01810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Holly M. Polglase
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA  02129

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | July 6TH, 2004 |
| NAME OF SERVER (PRINT) Robert Campbell | TITLE | Constable |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 6 Buttonwood Drive, Andover
LORI ARONOVITZ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-6-2004
          Date                    Signature of Server

308 Common St
Address of Server
Quincy, MA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.