UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCHOLZ DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIELDSTONE MEADOWS DEVELOPMENT CORP., MARTIN ARONOVITZ, LORI ARONOVITZ, HAROLD MCCARD, CHARLOTTE MCCARD, WILLIAM MACLEOD and TODD WACOME, <br><br> Defendants. | 04 11481 RWZ |

## ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants Fieldstone Meadows Development Corp., Martin Aronovitz, Lori Aronovitz, Harold McCard, Charlotte McCard, and Todd Wacome (the "Party Defendants") move the Court to extend the deadline by which the Party Defendants must answer or otherwise respond to Scholz Design, Inc.'s ("Scholz") complaint until September 27, 2004. The Party Defendants require this additional time to finalize the terms of their settlement agreement with Scholz. Scholz, through its counsel, Andrew Wilhelms, assents to this extension.

The parties hereby agree that the new deadline for the Party Defendants to answer the complaint is September 27, 2004.

Dated: September 14, 2004                    Respectfully submitted,


*[signature]*

FISH & RICHARDSON P.C.
Gregory A. Madera (BBO# 313,020)
Mark A. Fischer (BBO# 167,100)
Amy L. Brosius (BBO# 656,521)
225 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for
FIELDSTONE MEADOWS DEVELOPMENT
CORP., MARTIN ARONOVITZ, LORI
ARONOVITZ, HAROLD MCCARD,
CHARLOTTE MCCARD, and TODD WACOME


OF COUNSEL

GILBERT & RENTON LLC
Edward J. Denn (BBO# 633,020)
23 Main Street
Andover, Massachusetts 01810
Telephone: (978) 475-7580
Facsimile: (978) 475-1881

Attorney for
HAROLD MCCARD and
CHARLOTTE MCCARD



**DONE AND ORDERED** in Chambers this ___ day of _____, 2004.


                                             _____
                                             **U.S. District Court Judge**

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on September 14, 2004:

Holly M. Polglase
CAMPBELL CAMPBELL EDWARDS & CONROY, PC
One Constitution Plaza
Third Floor
Boston, Massachusetts 02129
Telephone: (617) 241-3000
Facsimile: (617) 241-5115

Andrew J. Wilhelms, Esq.
Eastman & Smith Ltd.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, Ohio 43699-0032

COUNSEL FOR PLAINTIFF,
SCHOLZ DESIGN, INC.

Edward J. Denn
GILBERT & RENTON LLC
23 Main Street
Andover, Massachusetts 01810
Telephone: (978) 475-7580
Facsimile: (978) 475-1881 )

CO-COUNSEL FOR DEFENDANTS,
HAROLD MCCARD and
CHARLOTTE MCCARD

William MacLeod - Defendant
1 East River Place
Methuen, MA 01844

PRO SE

_____
Amy L. Brosius

20938624.doc