UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCHOLZ DESIGN, INC.,<br><br>　　Plaintiff,<br><br>vs.<br><br>FIELDSTONE MEADOWS DEVELOPMENT CORP. and MARTIN ARONOVITZ and LORI ARONOVITZ and HAROLD McCARD and CHARLOTTE McCARD and WILLIAM MacLEOD and TODD WACOME,<br><br>　　Defendants. | CIVIL ACTION NO.<br>04-11481-RWZ |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, the plaintiff Scholz Design, Inc. hereby voluntarily dismisses the above-captioned matter, with prejudice, without costs, and waiving all rights to appeal.

Respectfully submitted,

SCHOLZ DESIGN, INC.,
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY

_____
Holly M. Polglase, BBO #553271
One Constitution Plaza, Third Floor
Boston, Massachusetts 02129
Telephone:　617-241-3000
Facsimile:　617-241-5115